UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GONZALEZ RUBIO, JR., <br> Petitioner, <br> vs. <br> UNKNOWN, <br> Respondent. | Case No. CV 11-5619 DOC (MRW) <br><br> JUDGMENT |

Pursuant to this Court's Order,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATE: July 19, 2011

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE